UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-0762 JGB (SHKx)** | Date | August 22, 2024 |
|---|---|---|---|
| Title | *Ruben Mejia v. Walmart Inc.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause for Failure to Timely File Joint Rule 26(f) Report (1) COMPELLING the Parties to File Their Joint Rule 26(f) Report No Later Than September 23, 2024; (2) CONTINUING the Scheduling Conference to September 30, 2024; and (3) STRIKING Plaintiff Ruben Mejia's Motion to Request Leave to Amend (Dkt. No. 14) (IN CHAMBERS)

On March 6, 2024, Plaintiff Ruben Mejia ("Plaintiff") filed a complaint against Defendant Walmart, Inc. ("Defendant" or "Walmart") in the Superior Court of the State of California, County of Riverside. ("Complaint," Dkt. No. 1-1.) On April 11, 2024, Defendant removed the action to this Court. ("Petition for Removal," Dkt. No. 1.) On July 31, 2024, the Court issued an order setting a Scheduling Conference for August 26, 2024. ("Order," Dkt. No. 13.) Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's Order, the parties were required to file a Joint Rule 26(f) Report "not later than 14 days before [the date of] the [scheduling] conference." (Order at 2.); see also Fed. R. Civ. P. 26(f); L.R. 26.

On August 8, 2024, Plaintiff filed his Motion to Request Leave to Amend, requesting 30-days leave to amend his complaint to add new claims and defendants. ("Motion," Dkt. No. 14). However, the Motion is deficient because it is not properly noticed and fails to set a hearing date as required by Local Rule 6-1.[1]

---

[1] "[E]very motion shall be presented by written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, (continued . . .)

On August 12, 2024, Defendant filed a unilateral Rule 26(f) Report. ("Unilateral Report," Dkt. No. 16.) In their Unilateral Report, Defendant alleges that "[d]espite Defendant's diligent efforts, Plaintiff . . . has refused to meet and confer or jointly submit a Rule 26(f) report to the Court." (Id. at 1).

Accordingly, the Court, on its own motion, **ORDERS** the parties to comply with its Order and file a Joint Rule 26(f) Report no later than **September 23, 2024**. The Scheduling Conference is **CONTINUED** to **September 30, 2024**, at 11:00 a.m. Failure to file a Joint Report by September 23, 2024 may result in the imposition of sanctions.

Furthermore, the Court **STRIKES** Plaintiff's Motion to Request Leave to Amend (Dkt. No. 14). Plaintiff may file a properly noticed motion that complies with the Local Rules. However, the Court notes that in their Joint Rule 26(f) Report, each party may indicate their preference for a last date to amend pleadings or add parties.

**IT IS SO ORDERED.**

---

and shall be served on each of the parties . . . If mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice. If served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice." L.R. 6-1.