JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MEJIA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Walmart Inc.,<br><br>　　　　　　Defendant. | Case 5:24-cv-0762-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 18, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　United States District Judge